FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 0 2003

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DR. RUTH SIMMONS HERTS                                                          PLAINTIFF

v.                                    No. 4:01CV00510 GH

DR. GARY SMITH, ET AL.                                                         DEFENDANTS

### ORDER

By order filed on October 11, 2002, the Court denied defendants' motion for summary judgment. They filed an appeal that same date.

On October 6th, the Eighth Circuit Court of Appeals filed an opinion, Herts v. Smith, 345 F.3d 581, 589 (8th Cir. 2003) which provided in part:

> To summarize: as to the First Amendment, Equal Protection, and Title VII claims, the District Court's rejection of the defense of qualified immunity is affirmed. As to the Due Process claims, the District Court's rejection of the qualified-immunity defense is reversed, and these claims should be dismissed with prejudice on remand. With respect to the claim under the state statute, the appeal is dismissed for want of jurisdiction, so the claim will remain pending in the District Court.
>
> Affirmed in part, reversed in part, dismissed in part, and remanded with instructions.

The mandate was filed in this Court on November 5th.

Thus, in accordance with the Eighth Circuit's instructions, the plaintiff's due process claims are hereby dismissed with prejudice. Before issuing a new scheduling order, the Court is persuaded that it is in the best interests of all concerned – in light of the Eighth Circuit's opinion – to refer this case to the Magistrate Judge for a settlement conference. If the parties are unable to resolve their

differences as a result of the settlement conference, a new scheduling order will be issued at that time. The Clerk is requested to provide the Magistrate Judge with a copy of this order of reference.

IT IS SO ORDERED this __10__ day of November, 2003.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 11/12/03 BY _____

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

November 12, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:01-cv-00510.

True and correct copies of the attached were mailed by the clerk to the following:   press, mag. ray, kathy, file

    George Jay Bequette Jr., Esq.
    Skokos, Bequette & Billingsley
    TCBY Tower
    425 West Capitol Avenue
    Suite 3200
    Little Rock, AR   72201-3469

    John T. Lavey, Esq.
    Lavey & Burnett
    904 West Second Street
    Post Office Box 2657
    Little Rock, AR   72203-2657

James W. McCormack, Clerk

Date: 11/12/03

BY: L Jones