FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 1 2 2004

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DR. RUTH SIMMONS HERTS                                                    PLAINTIFF

v.                            No. 4:01CV510 GH

DR. GARY SMITH, Individually acting
under the color of state law and in
his official capacity as the
Superintendent of Education of the
Pulaski County Special School District,
EUGENE MANFREDINI, Individually acting
under the color of state law and in his
official capacity as the President of
the Board of Education of the Pulaski
County Special School District, PAT
O'BRIEN, Individually acting under
the color of state law and in his
official capacity as the Vice-President
of the Board of Education of the
Pulaski County Special School District,
GWENDOLYN WILLIAMS, In her official
capacity as the Secretary of the Board
of Education of the Pulaski County
Special School District, JAMES R.
BURGETT, Individually acting under the
color of state law and in his official
capacity as a Member of the Board of
Education of the Pulaski County Special
School District, RUTH WHITE TUCKER,
Individually acting under the color of
state law and in her official capacity
as a Member of the Board of Education
of the Pulaski County Special School
District, MILDRED C. TATUM, Individually
acting under the color of state law and in
her official capacity as a Member of the
Board of Education of the Pulaski County
Special School District, PAM ROBERTS,
Individually acting under the color of
state law and in her official capacity as
a Member of the Board of Education of the
Pulaski County Special District and the
PULASKI COUNTY SPECIAL SCHOOL DISTRICT           DEFENDANTS

41

## ORDER

Upon motion of the plaintiff, without objection by defendants, the first amended complaint filed by the plaintiff on January 15, 2002, is dismissed with prejudice.

DATED this ___12___ day of April, 2004.

*[signature]*
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 4/13/04 BY *[initials]*

C:/Lavey/Herts/DismissOrder

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

April 13, 2004

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  4:01-cv-00510.

True and correct copies of the attached were mailed by the clerk to the following:   press, file

    George Jay Bequette Jr., Esq.
    Skokos, Bequette & Billingsley
    TCBY Tower
    425 West Capitol Avenue
    Suite 3200
    Little Rock, AR   72201-3469

    John T. Lavey, Esq.
    Lavey & Burnett
    904 West Second Street
    Post Office Box 2657
    Little Rock, AR   72203-2657

James W. McCormack, Clerk

Date:  4/13/04

BY:  L Jones